**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

KEVIN TROY TILLITT,                    )
                                       )
            Petitioner,                )
                                       )
      v.                               )        No. 4:26-CV-00882 RHH
                                       )
RICHARD ADAMS,                         )
                                       )
            Respondent.                )

**MEMORANDUM AND ORDER**

Petitioner Kevin Troy Tillitt filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but he has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis. "The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." E.D. Mo. Local Rule 2.01(B)(1).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner must either pay the $5.00 filing fee or submit a motion for leave to proceed in forma pauperis, within 30 days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's form Motion to Proceed in Forma Pauperis and Affidavit in Support – Habeas Cases.

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without further notice.

Dated this 8th day of June, 2026.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE