**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN TROY TILLITT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-00882 RHH |
| | ) | |
| RICHARD ADAMS, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION, MEMORANDUM AND ORDER

Before the Court is Petitioner's Motion to Reopen this matter. [ECF No. 6]. For good cause shown, the Court will grant Petitioner's Motion. Petitioner's Motion to Proceed in Forma Pauperis will also be granted

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Reopen this matter [ECF No. 6] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court **VACATES** the dismissal Order entered on July 15, 2026, [ECF No. 4], and **REOPENS** the present matter.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Proceed in Forma Pauperis [ECF No. 7] is **GRANTED.**

Dated this  23rd  day of July, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE